**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01142-CR

**KELVIN JAMES TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-39805-V**

## ORDER

The Court **REINSTATES** the appeal.

On November 30, 2015, we ordered the trial court to prepare a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings and to make findings regarding why the reporter's record had not been filed. We received the reporter's record on December 10, 2015, but have not received the completed certification of appellant's right to appeal. Accordingly, we **VACATE** the November 30, 2015 order to the extent it requires findings about the reporter's record.

We **ORDER** the reporter's record filed as of the date of this order.

We **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of this date, a certification of appellant's right to appeal that accurately reflects the trial court

proceedings.  *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court, and to counsel for all parties.

/s/      ADA BROWN
          JUSTICE